# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

August 8, 2022

<ins>VIA CM/ECF</ins>
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022

**MEMORANDUM ENDORSED**

      Re:    Girotto v. Vera Bradley Sales, LLC, et al.
                Case 1:22-cv-03549-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for August 18, 2022, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

      Sincerely,

      By: /S/   B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile:  (305) 704-3877
           Email: bbw@weitzfirm.com

---

Application granted. The initial pretrial conference scheduled for August 18, 2022 is adjourned to September 28, 2022 at 10:00 a.m. The joint status letter and proposed case management plan described in the Court's May 3, 2022 order are due no later than September 21, 2022.

SO ORDERED.

Dated: August 8, 2022
New York, New York

              _____
              GREGORY H. WOODS
              United States District Judge