UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

LUIGI GIROTTO,

                        Plaintiff,

          -v -

VERA BRADLEY SALES, LLC, *Indiana limited
liability company d/b/a goodMRKT*, et al.,

                     Defendants.

------------------------------------------------------------------ X

1:22-cv-3549-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 8, 2022, Dkt. No. 13, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 21, 2022. The Court has not received those documents. The parties are directed to comply with the Court's August 8, 2022 order forthwith, and in no event later than September 25, 2022.

     SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                         GREGORY H. WOODS
                                United States District Judge