USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LUIGI GIROTTO, :
:
                              Plaintiff, :            1:22-cv-3549-GHW
:
                  -v - :              ORDER
:
VERA BRADLEY SALES, LLC, *Indiana limited* :
*liability company d/b/a* goodMRKT, et al., :
:
                          Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's application to amend his complaint to name the correct Defendants, and to adjourn the previously scheduled initial pretrial conference, is hereby granted. Plaintiff may file his amended complaint no later than September 26, 2022. The initial pretrial conference previously scheduled for September 28, 2022, Dkt. No. 13, is hereby adjourned to November 4, 2022 at 3:00 p.m. The parties' joint status letter and proposed case management plan are due no later than October 28, 2022.

      SO ORDERED.

Dated: September 23, 2022
       New York, New York
                                                _____
                                                  GREGORY H. WOODS
                                              United States District Judge