USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2022

# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

January 12, 2016

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:    Girotto v. Vera Bradley Sales, LLC, d/b/a GoodMrkt, et al.
         Case 1:22-cv-03549-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter has been scheduled for November 4, 2022, at 3:00 p.m. in your courtroom. Plaintiff and Defendant's counsel have entered into settlement discussions, and as such, it is hereby respectfully requested that this Conference be adjourned in order to provide ample time for in-depth continued settlement discussions, while conserving further attorneys' fees and costs. Therefore, we respectfully request that the Conference be adjourned for 30 days to a date most convenient to this Honorable Court.

The undersigned has conferred with Defendant's counsel who consents to filing of this motion.

This Court may wish to take notice that this is Plaintiff's third request for adjournment of this Conference. Thank you for your attention to this request.

Sincerely,

By: S/ B. Bradley Weitz
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

---

Application granted. Plaintiff's October 26, 2022 request to adjourn the initial pretrial conference, Dkt. No. 16, is granted. The initial pretrial conference scheduled for November 4, 2022 is adjourned to December 5, 2022 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's May 3, 2022 order, Dkt. No. 3, are due no later than November 28, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.
SO ORDERED.

Dated: October 26, 2022
New York, New York

GREGORY H. WOODS
United States District Judge